FILED
AUG 15 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 3:07-CR-170-MEF |
| ) | [21 USC § 841(a)(1)] |
| LEHEKO MONTORIOUS CHEEK ) | |
| a/k/a LEHEKO MONTORIOUS CHEEKS ) | |
| a/k/a CHEEKO ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about February 2, 2007, in Chambers County, in the Middle District of Alabama, the Defendant,

**LEHEKO MONTORIOUS CHEEK, a/k/a LEHEKO MONTORIOUS CHEEKS, a/k/a CHEEKO,**

did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of cocaine-base (crack-cocaine), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### FORFEITURE ALLEGATION

A.  Count 1 of this Indictment is hereby repeated and incorporated herein by reference.

B.  Upon conviction for a violation as alleged in Count 1 of this indictment, the Defendant,

**LEHEKO MONTORIOUS CHEEK, aka LEHEKO MONTORIOUS CHEEKS, aka CHEEKO,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said Defendant obtained, directly

or indirectly, as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of any violation alleged in Count 1 of this indictment.

C. If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the Defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said Defendants up to the value of the forfeitable property.

All in violation of Title 21, United States Code, Section 841.

A TRUE BILL

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
JOHN T. HARMON
Assistant United States Attorney

_____
CHRISTA D. DEEGAN
Assistant United States Attorney