UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.  3:07-CR-170-MEF |
| ) | |
| LEHEKO MONTORIOUS CHEEK ) | |

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an indictment against LEHEKO MONTORIOUS CHEEK, now in custody of the Chambers County Detention Facility, Lafayette, AL, and that said cause is set for arraignment at 10:30 a.m. on September 26, 2007, before this Honorable Court to be held at Montgomery, Alabama.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to the Chambers County Detention Facility, Lafayette, AL, commanding them to deliver said prisoner, LEHEKO MONTORIOUS CHEEK, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court at Montgomery, Alabama.

Respectfully submitted this 21st day of August, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christa D. Deegan
CHRISTA D. DEEGAN
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
(334) 223-7280   (334) 223-7138 Fax
susan.redmond@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-CR-170-MEF |
| | ) | |
| LEHEKO MONTORIOUS CHEEK | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc.#), filed August 21, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Chambers County Detention Facility, Lafayette, AL, commanding them to deliver the said prisoner, LEHEKO MONTORIOUS CHEEK, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for arraignment at 10:30 p.m. on September 26, 2007, and to return said prisoner, to said official when the Court has finished with him.

DONE this the _____ day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE