UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-CR-170-MEF |
| | ) | |
| LEHEKO MONTORIOUS CHEEK | ) | |

**O R D E R**

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc4.#), filed August 21, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Chambers County Detention Facility, Lafayette, AL, commanding them to deliver the said prisoner, LEHEKO MONTORIOUS CHEEK, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for arraignment at 10:30 p.m. on September 26, 2007, and to return said prisoner, to said official when the Court has finished with him.

Done this 22nd day of August, 2007.

                                              /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE