IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2007 OCT 10  P 12: 55

| | | |
|---|---|---|
| United States of America | * | |
| | * | |
| v. | * | Case No. 3:07cr170-MEF |
| | * | |
| Leheko M. Cheek. | * | |

MOTION TO CONTINUE

Comes now the Defendant in the above-styled matter and files this his Motion to Continue ans shows to the Court as follows:

1. This matter is set for trial on November 5, 2007.

2. The undersigned counsel was just recently appointed in this matter and needs additional time to prepare for trial.

3. The Defendant requests this continuance and expressly waives his right to a speedy trial under the Sixth Amendment and the Speedy Trial Act.

4. The United States Attorney does not oppose this request for a continuance.

5. The Defendant requests that this matter be set on Judge Fuller's January, 2008 trial term.

Respectfully submitted this 10th day of October, 2007.

Russell T. Duraski (DUR007)

Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735
email: duraskilaw@charter.net

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 10th day of October, 2007.

_____
Russell T. Duraski (DUR007)
Attorney for Defendant

Susan Redmond, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama  36101-0197