## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | **CR. NO. 3:07-CR-170-MEF** |
| | ) | |
| **LEHEKO MONTORIOUS CHEEK** | ) | |

## ORDER

Upon consideration of the *Motion to Substitute Attorney,* (doc. #18) filed by the United States, it is

**ORDERED** that the motion be and is hereby **GRANTED**.

Done this 19th day of November, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE