IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **United States of America** | |
| v. | Case No. 3:07-cr-170-MEF |
| **Leheko M. Cheek** | |

## NOTICE OF INTENT TO CHANGE PLEA

Comes now the Defendant in the above-styled matter and files this his NOTICE OF INTENT TO CHANGE PLEA and shows as follows:

1. The Defendant is prepared to change his plea to a plea of guilty in this matter and consents to said plea being entered before a Magistrate Judge.

2. Counsel shows that he is scheduled to be in Court on Monday, December 3 and Tuesday, December 4 and requests that this matter not be set on those days.

Respectfully submitted this 29th day of November, 2007.

Russell T. Duraski  (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama  36117
Telephone:  (334) 260-9733
FAX:  (334) 260-9735

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 29th day of November, 2007.

_____
Russell T. Duraski (DUR007)
Attorney for Defendant

Susan Redmond, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama  36101-0197