IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 3:07cr170-MEF |
| | ) | |
| LEHEKO MONTORIUS CHEEK | ) | |

**ORDER**

For good cause, it is

ORDERED that the defendant's change plea hearing previously set for December 12, 2007 at 10:00 a.m. be and is hereby **RESET** for **December 12, 2007, at 1:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 4th day of December, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE