```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    EASTERN DIVISION
```

**UNITED STATES OF AMERICA** )
)
    **v.** ) CASE NO. 3:07cr170-MEF
)
**LEHEKO MONTORIOUS CHEEK** )
**a.k.a. LEHEKO MONTORIOUS CHEEKS** )
**a.k.a. CHEEKO** )

### MOTION TO STRIKE FORFEITURE ALLEGATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Tommie Brown Hardwick, Assistant United States Attorney, and hereby moves this Court to strike the forfeiture allegation from the indictment returned August 15, 2007.

A proposed Order is filed herewith.

Respectfully submitted this 21st day of February, 2008.

                          LEURA G. CANARY
                          UNITED STATES ATTORNEY

                          **/s/Tommie Brown Hardwick**
                          TOMMIE BROWN HARDWICK
                          Assistant United States Attorney
                          Bar Number: ASB4152 W86T
                          131 Clayton Street
                          Montgomery, Alabama 36104
                          Phone: (334) 223-7280
                          Fax: (334) 223-7135
                          E-mail: tommie.hardwick@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                              Respectfully submitted,

                              **/s/Tommie Brown Hardwick**
                              TOMMIE BROWN HARDWICK
                              Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
|     **v.** ) | **CASE NO. 3:07cr170-MEF** |
| ) | |
| **LEHEKO MONTORIOUS CHEEK** ) | |
| **a.k.a. LEHEKO MONTORIOUS CHEEKS** ) | |
| **a.k.a. CHEEKO** ) | |

**O R D E R**

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED.  It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation is hereby stricken.

DONE this ____ day of _____, 2008.


_____
UNITED STATES DISTRICT JUDGE